UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON EXECUTIVE SEARCH ASSOCIATES, INC.,<br><br>Plaintiff,<br>v.<br><br>FRESHFIELDS BRUCKHAUS DERINGER US LLP,<br><br>Defendant. | C.A. No. 19-CV-12378 (RGS) |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE FORM

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Boston Executive Search Associates, Inc. (a private non-governmental party) certifies that the following are the corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.

BOSTON EXECUTIVE SEARCH ASSOCIATES, INC.

By its Attorneys,

/s/ Douglas W. Salvesen

Douglas W. Salvesen (BBO# 550322)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, Massachusetts 02113
(617) 723-6900

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and served electronically on all registered participants as identified in the Notice of Electronic Filing (NEF), which includes counsel for all parties.

/s/ Douglas W. Salvesen

Douglas W. Salvesen

Dated:   December 17, 2019