UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON EXECUTIVE SEARCH ASSOCIATES, INC.,

          Plaintiff,

v.

FRESHFIELDS BRUCKHAUS DERINGER US LLP,

          Defendant.

C.A. No. 19-CV-12378 (RGS)

**PLAINTIFF'S RESPONSE TO COURT'S
DECEMBER 19, 2019 ORDER TO SHOW CAUSE**

Plaintiff Boston Executive Search Associates, Inc. provides the following response to the Court's December 19, 2019 Order in which the Court stated:

> Plaintiff Boston Executive Search Associates, Inc. (ESA) has filed this case against defendant Freshfields Bruckhaus Deringer US LLP (Freshfields) in federal court on the basis of complete diversity of citizenship between the parties, and thus bears the burden to establish that this court has subject matter jurisdiction over the controversy. For diversity purposes, "the citizenship of a limited liability company is 'determined by the citizenship of all of its members.'" D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125 (1st Cir. 2011), quoting Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc., 435 F.3d 51, 54 (1st Cir. 2006).
>
> Plaintiff's Complaint states that "Freshfields Bruckhaus Deringer US LLP is a New York limited liability partnership whose principal place of business is located at 601 Lexington Avenue, New York, New York 10022. It is the US affiliate of an international law firm based in the United Kingdom which employs over 2800 attorneys in 29 offices worldwide." Compl. 13. However, the Complaint does not identify the members of Freshfields and their citizenship and therefore, the court is unable to determine whether complete diversity exists between the parties. By Friday January 3, 2020, ESA must show cause that complete diversity exists between the parties and that this court has original subject matter jurisdiction in this case.

From Freshfields Bruckhaus Deringer LLP's website, Plaintiff Boston Executive Search Associates, Inc. identified forty-six partners who are located in the Defendant's two U.S. offices (New York and Washington, D.C.). Using the LexisNexis public records database, Plaintiff

located each partner's state of citizenship. Upon request, Plaintiff Boston Executive Search Associates, Inc. will provide the Court and/or the Defendant with copies of the results of this search.

The forty-six individual partners of Defendant Freshfields Bruckhaus Deringer US LLP, each listed below, are citizens of Connecticut, New Jersey, New York, Maryland, Virginia, and the District of Columbia. None are citizens of Massachusetts.

- *Suzanne Alenick* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New Jersey. She resides at 1 Dimino Court, Woodcliff Lake, NJ.

- *David D. Almroth* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New Jersey. He resides at 81 Sherman Place, Jersey City, NJ.

- *Nigel Alexander Blackaby* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of Maryland. He resides at 4300 Torchlight Circle, Bethesda, MD.

- *Daniel Adam Braun* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of the District of Columbia. He resides at 4848 Hutchins Place NW, Washington, DC.

- *Eric B. Bruce* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of the District of Columbia. He resides at 1812 24th Street, Washington, DC.

- *Aly El Hamamsy* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 201 East 87th Street, New York, NY.

- *Thomas Bryant Ensign* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of Maryland. He resides at 7705 Barnum Road, Bethesda, MD.

- *Andrew John Ewalt* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of Maryland. He resides at 4310 Westbrook Lane, Kensington, MD.

- *Sebastian Landry Fain* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 125 West 78th Street, Apt. 1R, New York, NY.

- *Elliot E. Friedman* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 101 Warren Street, Apt. 3050, New York, NY.

- *Timothy Paul Harkness* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of Connecticut. He resides at 7 Sherwood Farm Lane, Greenwich, CT.

- *Matthew F. Herman* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 85 Larchmont Avenue, Larchmont, NY.

- *Paul Kendall Humphreys* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 160 Madison Avenue, Apt. 21F, New York, NY.

- *Valerie Ford Jacob* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. She resides at 238 Berkeley Place, Brooklyn, NY.

- *Thomas Lucille Jöergens* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 305 Riverside Drive, Apt. 11B, New York, NY.

- *Menachem Y. Kaplan* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 839 West End Avenue, Apt. 3F, New York, NY.

- *Howard Mitchell Klein* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 9 Hampton Court, Port Washington, NY.

- *Ethan Adam Klingsberg* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 23 The Crossing at Blind Brook, Purchase, NY.

- *Meredith Eve Kotler* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. She resides at 161 West 86th Street, Apt. 10A, New York, NY.

- *Mary Nell Lehner* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of the District of Columbia. She resides at 1111 24th Street NW, Unit 44, Washington, DC.

- *Michael Alan Levitt* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 175 West 72nd Street, Apt. 10F, New York, NY.

- *Mark F. Liscio* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 2 Douglas Lane, Larchmont, NY.

- *Peter D. Lyons* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 56 Old Post Road, Rye, NY.

- *Eric Johnson Mahr* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of Virginia. He resides at 11278 Inglish Mill Drive, Apt. D, Great Falls, VA.

- *Pamela L. Marcogliese* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. She resides at 57 Reade Street, Apt. 7E, New York, NY.

- *Aaron Robert Marcu* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 70 Cranberry Street, Apt. 1, Brooklyn, NY.

- *Noiana Paula Marigo* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. She resides at 865 United Nations Plaza, New York, NY.

- *Linda H. Martin* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. She resides at 67 Broadview Avenue, New Rochelle, NY.

- *Bruce C. McCulloch* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of Virginia. He resides at 206 Lloyds Lane, Alexandria, VA.

- *Aimen Mir* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of Virginia. He resides at 8817 Higdon Drive, Vienna, VA.

- *Mitchell Steven Presser* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 21 East 87th Street, New York, NY.

- *Madlyn Gleich Primoff* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. She resides at 36 Olmsted Road, Scarsdale, NY.

- *Omar Pringle* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 91 East 4th Street, Apt. 6, New York, NY.

- *Melissa Y. Raciti-Knapp* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. She resides at 24 The Ridge, Manhasset, NY.

- *Olivia Anne Radin* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. She resides at 380 Sterling Place, Brooklyn, NY.

- *Jerome C. Ranawake* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 192 Water Street, Unit PH4, Brooklyn, NY.

- *Brian D. Rance* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 1220 Park Avenue, Apt. 11B, New York, NY.

- *Caroline Suzanne Richard* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of the District of Columbia. She resides at 3910 Garrison Street NW, Washington, DC.

- *Robert H. Scarborough* a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 112 Park Avenue, Apt. 5C, New York, NY.

- *Adam Brent Siegel* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New Jersey. He resides at 47 Colt Road, Summit, NY.

- *Claude Behney Stansbury* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of Virginia. He resides at 635 Kings Cloister Circle, Alexandria, VA.

- *Scott David Talmadge* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 40 Rock Ridge Drive, Rye Brook, NY.

- *Paul Moty Tiger* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 1 West End Avenue, Apt. 21C, New York, NY.

- *Timothy Allen Wilkins* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. He resides at 217 East 96th Street, New York, NY.

- *Paul Laurance Yde* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of Maryland. He resides at 6909 Forest Hill drive, University Park, MD.

- *Kimberly H. Zelnick* is a partner in Defendant Freshfields Bruckhaus Deringer US LLP and a citizen of New York. She resides at 1150 Park Avenue, Apt. 7DE, New York, NY.

This additional information establishes that complete diversity exists between the parties and that this Court has original subject matter jurisdiction in this case.

Plaintiff Boston Executive Search Associates, Inc. has filed an Amended Complaint which properly alleges in Paragraph 13 the citizenship of each of the individual partners of Defendant Freshfields Bruckhaus Deringer US LLP based on the information available to the Plaintiff. To the extent that the Court requires additional information to satisfy itself that subject matter jurisdiction exists in this case, Plaintiff requests permission to conduct jurisdictional discovery. Cf. Oppenheimer Fund, Inc. v. Sanders, 437 U.S. 340, 351 and n.13 (1978) (noting

that discovery may be used to ascertain facts bearing on jurisdiction).

                                        BOSTON EXECUTIVE SEARCH ASSOCIATES, INC.

                                        By its Attorneys,

                                        /s/ Douglas W. Salvesen

                                        Douglas W. Salvesen (BBO# 550322)
                                        YURKO, SALVESEN & REMZ, P.C.
                                        One Washington Mall, 11th Floor
                                        Boston, Massachusetts 02113
                                        (617) 723-6900

Dated:   January 3, 2020

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on January 3, 2020.

      /s/ Douglas W. Salvesen

      Douglas W. Salvesen

Dated:   January 3, 2020