UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON EXECUTIVE SEARCH ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRESHFIELDS BRUCKHAUS DERINGER US LLP, <br><br> Defendant. | Civil Action No. 1:19-cv-12378-RGS |

## DEFENDANT FRESHFIELDS BRUCKHAUS DERINGER US LLP'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Freshfields Bruckhaus Deringer US LLP ("Freshfields") hereby moves to dismiss with prejudice the Amended Complaint filed by Plaintiff Boston Executive Search Associates, Inc. (ECF No. 18) in the above-captioned matter. The grounds for this Motion are set forth in Freshfields's accompanying Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Amended Complaint. Because Plaintiff's Amended Complaint is meritless on its face, Freshfields does not request oral argument in connection with this Motion.

WHEREFORE, Freshfields respectfully requests dismissal of Plaintiff's Amended Complaint, with prejudice.

Dated:  January 24, 2020

Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP,

By its attorneys,

*/s/ Joseph F. Savage, Jr.*
Joseph F. Savage, Jr. (BBO # 443030)
Courtney D. Orazio (BBO # 692385)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
T:  617.570.1000
F:  617.523.1231
JSavage@goodwinlaw.com
COrazio@goodwinlaw.com

Timothy P. Harkness (*pro hac vice*)
Brayden Koslowsky (*pro hac vice forthcoming*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
T: 212.230.4610
timothy.harkness@freshfields.com
brayden.koslowsky@freshfields.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Joseph F. Savage, Jr., hereby certify that, prior to filing this Motion, counsel for Defendant conferred in good faith with opposing counsel and were unable to resolve or narrow the issues presented in this Motion.

## CERTIFICATE OF SERVICE

I, Joseph F. Savage, Jr., hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on January 24, 2020.

*/s/ Joseph F. Savage, Jr.*