UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON EXECUTIVE SEARCH ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRESHFIELDS BRUCKHAUS DERINGER US LLP, <br><br> Defendant. | Civil Action No. 1:19-cv-12378-RGS |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Boston Executive Search Associates, Inc. ("ESA") and Defendant Freshfields Bruckhaus Deringer US LLP ("Freshfields") (each a "Party," and together, the "Parties") jointly move this Court for entry of an Order governing the protection and exchange of confidential information in connection with the above-captioned case ("Action"), in the form of the Stipulated [Proposed] Protective Order attached hereto as Exhibit 1.

As grounds for this Joint Motion, the Parties state as follows:

1. The Parties expect this Action to involve the exchange of certain information and documents that a Party believes to contain confidential business, financial, proprietary, personal, or commercially sensitive information protected under Federal Rule of Civil Procedure 26(c) ("Protected Material").

2. Entry of the Stipulated [Proposed] Protective Order, attached hereto as Exhibit 1, to which the Parties have stipulated and agreed, will facilitate the production, disclosure, and exchange of such Protected Material in connection with this Action.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion For Entry of Protective Order and enter the Stipulated [Proposed] Protective Order attached hereto as Exhibit 1.

| | |
|---|---|
| Dated: September 15, 2020 | Dated: September 15, 2020 |
| */s/ Douglas W. Salvesen* | */s/ Joseph F. Savage, Jr.* |
| Douglas W. Salvesen (BBO# 550322) <br> YURKO, SALVESEN & REMZ, P.C. <br> One Washington Mall, 11th Floor <br> Boston, Massachusetts 02113 <br> T: (617) 723-6900 <br> dsalvesen@bizlit.com <br><br> *Attorney for Plaintiff Boston Executive Search Associates, Inc.* | Joseph F. Savage, Jr. (BBO # 443030) <br> Courtney D. Orazio (BBO # 692385) <br> GOODWIN PROCTER LLP <br> 100 Northern Avenue <br> Boston, Massachusetts 02210 <br> T: 617.570.1000 <br> JSavage@goodwinlaw.com <br> COrazio@goodwinlaw.com <br><br> Timothy P. Harkness (*pro hac vice*) <br> Brayden Koslowsky (*pro hac vice forthcoming*) <br> FRESHFIELDS BRUCKHAUS DERINGER US LLP <br> 601 Lexington Avenue <br> New York, New York 10022 <br> T: 212.230.4610 <br> timothy.harkness@freshfields.com <br> brayden.koslowsky@freshfields.com <br><br> *Attorneys for Defendant Freshfields Bruckhaus Deringer US LLP* |

**LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE**

I, Joseph F. Savage, Jr., hereby certify that I have met and conferred with counsel for Plaintiff, who joins in the relief sought in this Motion. I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of September, 2020.

*/s/ Joseph F. Savage, Jr.*