UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOSTON EXECUTIVE SEARCH ASSOCIATES, INC.,<br><br>              Plaintiff,<br>v.<br><br>FRESHFIELDS BRUCKHAUS DERINGER US LLP,<br><br>              Defendant. | C.A. No. 19-CV-12378 (RGS) |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties herein stipulate that this action be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: October 9, 2020                            Respectfully submitted,

*/s/ Douglas W. Salvesen*                         */s/ Joseph F. Savage, Jr.*

Douglas W. Salvesen (BBO# 550322)     Joseph F. Savage, Jr. (BBO # 443030)
YURKO, SALVESEN & REMZ, P.C.          Courtney D. Orazio (BBO # 692385)
One Washington Mall, 11th Floor              GOODWIN PROCTER LLP
Boston, Massachusetts 02113                     100 Northern Avenue
T: (617) 723-6900                                         Boston, Massachusetts 02210
dsalvesen@bizlit.com                                   T: 617.570.1000
                                                                       JSavage@goodwinlaw.com
                                                                       COrazio@goodwinlaw.com

*Attorney for Plaintiff Boston Executive*
*Search Associates, Inc.*                              Timothy P. Harkness (*pro hac vice*)
                                                                       Brayden Koslowsky (*pro hac vice forthcoming*)
                                                                       FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                                                       601 Lexington Avenue
                                                                       New York, New York 10022
                                                                       T: 212.230.4610
                                                                       timothy.harkness@freshfields.com
                                                                       brayden.koslowsky@freshfields.com

                                                                       *Attorneys for Defendant Freshfields Bruckhaus*
                                                                       *Deringer US LLP*

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on October 9, 2020.

      /s/ Douglas W. Salvesen

      Douglas W. Salvesen

Dated:  October 9, 2020

ACTIVE/96242467.3